**UNITED STATES BANKRUPTCYCOURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Mary Hannah Smallwood                                  Case No. 26-12576-JDW
                                                               Chapter 7 Proceedings

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, Gulfco of Mississippi, LLC d/b/a Tower Loan of Grenada, by and

through its attorney, and files this Notice of Appearance in the above styled action.

This the 23rd day of July, 2026

                                                               /s/ Joseph T. McDaniel
                                                               Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Mary Hannah Smallwood
2152 Mattingly St
Grenada, MS 38901

William Fava
Chapter 7 Trustee

This the 23rd day of July, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176