| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Mary Hannah Smallwood**<br>First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–3404<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Northern District of Mississippi | | Date case filed for chapter:  7  7/21/26 |
| Case number:  26–12576–JDW | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Mary Hannah Smallwood | | |
| 2. | **All other names used in the last 8 years** | aka Mary H Smallwood | | |
| 3. | **Address** | 2152 Mattingly St<br>Grenada, MS 38901 | | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | | Contact phone 601–500–5533 |
| 5. | **Bankruptcy trustee**<br>Name and address | William Fava<br>Chapter 7 Trustee<br>Post Office Box 783<br>Southaven, MS 38671 | | Contact phone 662–536–1116 |

**For more information, see page 2 >**

Debtor  **Mary Hannah Smallwood**                                        Case number **26–12576–JDW**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662–369–2596<br><br>Date: 7/21/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 4, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting, Go to Zoom.us/join, Enter Meeting ID 398 353 2762, and Passcode 7764790587, OR call (662) 354–6683**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/3/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 26-12576-JDW

Mary Hannah Smallwood                                                      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: 309A | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Hannah Smallwood, 2152 Mattingly St, Grenada, MS 38901-5405 |
| 4703812 | + | American Cash, 1105 Sunwood Dr, Grenada, MS 38901-6618 |
| 4703813 | + | Charles Smallwood, 2152 Mattingly St, Grenada, MS 38901-5405 |
| 4703815 | + | Community Choice, 1302 Sunset Dr, Grenada, MS 38901-4000 |
| 4703816 | + | Family Choice, 1303 A Sunset Dr, Grenada, MS 38901-4003 |
| 4703819 | + | Liberty Finance Co, Attn: Bankruptcy, 254 S Main St, Grenada, MS 38901-3224 |
| 4703820 | + | Money Man, 1550 Jameson Dr, Grenada, MS 38901-4087 |
| 4703821 | + | Money Matters, 255 Sunset Dr, Grenada, MS 38901-4414 |
| 4703822 | + | Standard Mortgage Corp, 701 Poydras St, New Orleans, LA 70139-0300 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jul 22 2026 00:55:00 | Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: FWLFAVA | Jul 22 2026 04:51:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 22 2026 00:55:00 | U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 4703810 | + | Email/Text: bankruptcy@1ffc.com | Jul 22 2026 00:55:00 | 1st Franklin Financial, Attn: Bankruptcy, P.O. Box 880, Toccoa, GA 30577-0880 |
| 4703811 | + | Email/Text: bnc@teampurpose.com | Jul 22 2026 00:55:00 | Advance America, 1820 Commerce St, Grenada, MS 38901-5110 |
| 4703814 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 22 2026 00:55:00 | Chime, Attn: Bankruptcy, 101 California St, Ste 500, San Francisco, CA 94111-3580 |
| 4703817 | + | Email/Text: bankruptcy@kikoff.com | Jul 22 2026 00:55:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 4703818 | | Email/Text: bankruptcy@qcholdings.com | Jul 22 2026 00:55:00 | Lend Nation, 1754 Commerce St, Grenada, MS 38901 |
| 4703823 | | Email/Text: bankruptcycourt@towerloan.com | Jul 22 2026 00:55:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4703824 | + | Email/Text: bk@worldacceptance.com | Jul 22 2026 00:55:00 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0537-1        User: autodocke        Page 2 of 2

Date Rcvd: Jul 21, 2026        Form ID: 309A        Total Noticed: 19

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026        Signature:      /s/Gustava Winters